# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00534

**Appellant, Fitness International, LLC// Cross-Appellants, Glenn Hegar, Comptroller of Public Accounts of The State of Texas; and Ken Paxton, Attorney General of The State of Texas**

**v.**

**Appellees, Glenn Hegar, Comptroller of Public Accounts of The State of Texas; and Ken Paxton, Attorney General of The State of Texas// Cross-Appellee, Fitness International, LLC**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 9ITH JUDICIAL DISTRICT NO. D-1-GN-14-003869, HONORABLE GISELA D. TRIANA, JUDGE PRESIDING**

## O R D E R

**PER CURIAM**

Cross-Appellants, Glenn Hegar, Comptroller of Public Accounts of The State of Texas; and Ken Paxton, Attorney General of The State of Texas, have filed an unopposed motion to dismiss their cross-appeal. We grant the motion and dismiss the cross-appeal. The appeal, filed by Fitness International, LLC, will continue under this cause number.

It is ordered January 15, 2016.

Before Justices Puryear, Goodwin, and Field